UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
Otha Delaney  ***-**-0146  )  Chapter 7
)
) Bankruptcy No.: 13-00446
Debtor. )

## STATEMENT OF CHANGE FOR AMENDED SCHEDULE F

The debtor hereby amends Schedule F - Creditors Holding Unsecured Nonpriority Claims - to add the following two creditors:

Credit Central
3620 Ashley Phosphate Road, Ste 11
North Charleston, SC 29418
Amount owed: $612

First American Cash Advance
5710 Rivers Ave, Ste 103
North Charleston, SC 29406
Amount owed: $633

## CERTIFICATION OF NOTICE

I certify that the foregoing Statement of Change has been electronically served through CM/ECF on the Chapter 7 Trustee, Kevin Campbell.

BY: /s/ R. Michael Drose
R. Michael Drose, Dist. Ct. I.D. #609
DROSE LAW FIRM
Attorney for the Debtor

Dated: April 1, 2013

B6F (Official Form 6F) (12/07)

In re  Otha Marvin Delaney , Case No. 13-00446
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cash Credit<br>1369 Ashley Rive Road<br>Charleston, SC 29407 | | - | | | | | 650.00 |
| Account No.<br><br>Check N Go<br>2000 Sam Rittenburg Blvd, Suite 110<br>Charleston, SC 29407 | | - | | | | | 3,623.00 |
| Account No.<br><br>Credit Central<br>3620 Ashley Phosphate Rd<br>Suite 11<br>North Charleston, SC 29410 | | - | | | | | 612.00 |
| Account No.<br><br>First American Cash Advance<br>5710 Rivers Avenue Ste 103<br>Charleston, SC 29406 | | - | | | | | 633.00 |
| 2 continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 5,518.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  Otha Marvin Delaney , Case No. 13-00446
                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 67815<br><br>Local Loan Co.<br>4365 Dorchester Road, Unit 106<br>North Charleston, SC 29405 | - | | | | | | 3,530.00 |
| Account No. 4699<br><br>Charleston County Magistrate's Court<br>1720 Sam Rittenberg Blvd, Unit 11<br>Charleston, SC 29407 | | | Representing:<br>Local Loan Co. | | | | Notice Only |
| Account No.<br><br>Patriot Loan Co<br>113 Western Blvd, # B<br>Jacksonville, NC 28546 | - | | | | | | 3,660.00 |
| Account No.<br><br>RMC Finance Services<br>1300 Savannah Hwy Ste 12<br>Charleston, SC 29407 | - | | | | | | 3,200.00 |
| Account No.<br><br>Security Finance<br>542 King Street<br>Charleston, SC 29403 | - | | | | | | 3,000.00 |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  13,390.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Otha Marvin Delaney , Case No. 13-00446
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Southern Finance<br>209 Carolina Avenue<br>Moncks Corner, SC 29461 | - | | | | | | 475.00 |
| Account No.<br><br>Summit Place Apartments<br>2181 Dunlap Street<br>Charleston, SC 29406 | - | | | | | | Undetermined |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 2 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  475.00

Total (Report on Summary of Schedules)  19,383.00

# United States Bankruptcy Court
### District of South Carolina

In re   Otha Marvin Delaney                                    Case No.   13-00446
                              Debtor(s)                         Chapter    7

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __3__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   April 1, 2013                       Signature   /s/ Otha Marvin Delaney
                                                        Otha Marvin Delaney
                                                        Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.