# Notice Recipients

District/Off: 0420−2         User: phipps              Date Created: 5/13/2013
Case: 13−00446−dd            Form ID: 166BNC           Total: 18

**Recipients of Notice of Electronic Filing:**
ust         US Trustee's Office       USTPRegion04.CO.ECF@usdoj.gov
tr          Kevin Campbell            kcampbell@campbell−law−firm.com
aty         R. Michael Drose          Drose@Droselaw.com

                                                                                             TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Otha Marvin Delaney       2181 Dunlap Street, Apt 29E       Charleston, SC 29406
cr          AmeriCredit Financial Services, Inc.       PO Box 183853       Arlington, TX 76096
542253093   Cash Credit       1369 Ashley Rive Road       Charleston SC 29407
542253094   Charleston County Magistrate's Court       1720 Sam Rittenberg Blvd, Unit 11       Charleston SC 29407
542253095   Check N Go       2000 Sam Rittenburg Blvd, Suite 110       Charleston SC 29407
542304765   Credit Central       3620 Ashley Phosphate Road, Ste 11       North Charleston, SC 29418
542304766   First American Cash Advance       5710 Rivers Ave, Ste 103       North Charleston, SC 29406
542253096   GM Financial       PO Box 183621       Arlington TX 76096
542253097   Local Loan Co.       4365 Dorchester Road, Unit 106       North Charleston SC 29405
542253098   Patriot Loan Co       113 Western Blvd, # B       Jacksonville NC 28546
542253099   RMC Finance Services       1300 Savannah Hwy Ste 12       Charleston SC 29407
542253100   Security Finance       542 King Street       Charleston SC 29403
542253101   South Carolina Department of Revenue       PO Box 125       Columbia SC 29212
542253102   Southern Finance       209 Carolina Avenue       Moncks Corner SC 29461
542253103   Summit Place Apartments       2181 Dunlap Street       Charleston SC 29406

                                                                                              TOTAL: 15