**950BNC**

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 13–00446–jd                                    Chapter: 7

**In re:**
Otha Marvin Delaney

| Entered By The Court 9/4/25 | ORDER | Filed By The Court 9/4/25 Lauren T Maxwell Clerk of Court US Bankruptcy Court |
|---|---|---|

Based on statements made at the status hearing, the order is vacated. The deadline to serve and respond to Debtor's requested relief will be set by further order or notice from the Court. AND IT IS SO ORDERED. Signed by: Judge L. Jefferson Davis, IV, US Bankruptcy Court – District of South Carolina (related document(s)52).

L. Jefferson Davis, IV
United States Bankruptcy Judge