**950BNC**

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 13−00446−jd Chapter: 7

**In re:**
Otha Marvin Delaney

| **Entered By The Court** |
| --- |
| **12/18/25** |

**ORDER**

| **Filed By The Court** |
| --- |
| **12/18/25**<br>**Lauren T Maxwell**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

---

With the agreement of the parties, Debtor's Motion to Continue, Stay, and/or Withdraw ("Motion to Withdraw"), filed August 28, 2025 (ECF No. 49), is granted and Debtor's Motion to Reopen is withdrawn. The Motion to Withdraw is granted with the following conditions: 1) the parties retain their respective rights and defenses in pending state court litigation between Debtor and First Financial of Charleston ("State Court Litigation"), 2) any recovery by Debtor of funds in the State Court Litigation shall be held in trust by Debtor's counsel for the benefit of Debtor's estate and Debtor shall move to reopen this case within thirty (30) days of any financial recovery in the State Court Litigation, and 3) entry of this Order is without prejudice to Debtor or any other party in interest to move to reopen after the entry of this Order. AND IT IS SO ORDERED. Signed by: Judge L. Jefferson Davis, IV, US Bankruptcy Court − District of South Carolina (related document(s)49).

L. Jefferson Davis IV

L. Jefferson Davis, IV
United States Bankruptcy Judge